# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JERRY DEWAYNE SAVAGE**
ADC #151566                                                    **PETITIONER**

v.                              **No. 5:15-cv-282-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                     **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, № 14, and overrules Savage's objections, № 15.  FED. R. CIV. P. 72(b)(3).  The Arkansas Supreme Court's conclusions weren't unreasonable on the law or the facts. 28 U.S.C. § 2254(d)(1) & (2). Savage's petition will therefore be dismissed with prejudice.  No certificate of appealability will issue.  28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2015