## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JERRY DEWAYNE SAVAGE**
**ADC #151566**                                                                  **PETITIONER**

**v.**                                    **No. 5:15-cv-282-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                          **RESPONDENT**

### JUDGMENT

Savage's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_31 December 2015_